United States Bankruptcy Court
Western District of Michigan

In re:  
Dawn E Thrasher  
     Debtor

Case No. 12-07247-swd  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0646-1     User: chamberk     Page 1 of 3     Date Rcvd: Dec 18, 2012  
                           Form ID: NPD     Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2012.

```
db          +Dawn E Thrasher,    8365 E. DE Avenue,    Richland, MI 49083-9719
6802722     +Allied Collection Group,    For: Promed Healthcare,    400 Allied Court,    Zeeland, MI 49464-2219
6802724     +Borgess Health,    1521 Gull Road,    Kalamazoo, MI 49048-1666
6846722     +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
               Tucson, Az 85712-1083
6802727    ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
             (address filed with court: Focus Receivables Management,    For: Toyota Motor Credit Corp.,
               1130 Northchase Parkway, Suite 150,    Marietta, GA 30067)
6802731     +Key Bridge,    For: Bronson Methodist Hospital,    2348 Baton Rouge,    Lima, OH 45805-1167
6802733     +Medical Financial Solutions,    For: Borgess Health Alliance,    1521 Gull Road,
               Kalamazoo, MI 49048-1640
6802736     +Money Recovery Nationwide,    8155 Executive Ct, Ste 10,    Lansing MI 48917-7748
6802738     +Padea Inc.,    10550 Country Club Drive,    Richland, MI 49083-9588
6802739     +Shermeta, Adams & Von Allmen, PC,    For: HSBC Bank Nevada,    PO Box 5016,
               Rochester Hills, MI 48308-5016
6802742     +Tamara M. Klinger,    7846 North 37th St.,    Richland, MI 49083-9399
6838928      Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
6802745     +US Department of Education,    PO Box 5609,    Greenville, TX 75403-5609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 18 2012 22:52:44     Daniel J. Casamatta,
               Assistant U.S. Trustee,    Office of the U.S. Trustee,    The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 18 2012 22:52:44     Daniel M. McDermott,
               Office of the United States Trustee,    Michigan/Ohio Region 9,    The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2837
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 18 2012 22:52:44     David W. Asbach,
               Office of the US Trustee,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
               Grand Rapids, MI 49503-2865
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 18 2012 22:52:44     Dean E. Rietberg,
               Trial Attorney,    Office of the US Trustee,    The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 18 2012 22:52:44     Habbo G. Fokkena,
               Office of the United States Trustee,    Michigan/Ohio Region 9,    The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2837
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 18 2012 22:52:44     Matthew T. Cronin,
               Office of the US Trustee,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
               Grand Rapids, MI 49503-2865
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 18 2012 22:52:44     Michael V. Maggio,
               Trial Attorney,    Office of the US Trustee,    The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 18 2012 22:52:44     Michelle M. Wilson,
               Trial Attorney,    Office of the US Trustee,    The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 18 2012 22:52:44     Office of the U.S. Trustee,
               The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
6802723     +EDI: HFC.COM Dec 18 2012 21:58:00      Best Buy/HSBC,    Account No.: 1680,    PO Box 5253,
               Carol Stream, IL 60197-5253
6802726      E-mail/Text: bankruptcy@cavps.com Dec 18 2012 22:55:02     Cavalry Portfolio Service,
               For: HSBC Bank Nevada,    PO Box 27288,    Tempe, AZ 85285
6802725     +EDI: CAPITALONE.COM Dec 18 2012 21:58:00      Capital One,    Account No.: 9154,    PO Box 30285,
               Salt Lake City, UT 84130-0285
6802728     +EDI: HFC.COM Dec 18 2012 21:58:00      HSBC Bank,    Account No.: 5616,    PO Box 5253,
               Carol Stream, IL 60197-5253
6802729      EDI: IRS.COM Dec 18 2012 21:58:00      Internal Revenue Service,    Centralized Insolvency,
               PO Box 21126,    Philadelphia, PA   19114
6802730      EDI: IRS.COM Dec 18 2012 21:58:00      Internal Revenue Service,    Special Procedure, Stop 93,
               3251 North Evergreen Drive NE,    Grand Rapids, MI  49525
6802732     +EDI: CBSKOHLS.COM Dec 18 2012 21:58:00      Kohls/Capital One,    Account No.: 1029,    PO Box 3115,
               Milwaukee, WI 53201-3115
6802734     +E-mail/Text: rayr1@michigan.gov Dec 18 2012 22:55:02     Michigan Department of Treasury,
               Collection/Bankruptcy Division,    PO Box 30168,    Lansing, MI 48909-7668
6802735     +E-mail/Text: rayr1@michigan.gov Dec 18 2012 22:55:02     Michigan Higher Education,
               Guaranty Agency,    PO Box 30047,    Lansing, MI 48909-7547
6802737     +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Dec 18 2012 22:52:44     Office of the U.S. Trustee,
               125 Ottawa NW, Suite 200R,    The Ledyard Building, 2nd Floor,    Grand Rapids, MI 49503-2865
6802740     +E-mail/Text: rayr1@michigan.gov Dec 18 2012 22:55:02     State of Michigan,
               Department of Treasury,    PO Box 30168,    Lansing, MI 48909-7668
6802743     +EDI: TFSR.COM Dec 18 2012 21:58:00      Toyota Motor Credit Corp,    Account No.: 0001,
               19500 Victor Pkwy., Ste. 400,    Livonia, MI 48152-7011
6838928      EDI: BL-TOYOTA.COM Dec 18 2012 21:58:00      Toyota Motor Credit Corporation,
               c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
6802744     +E-mail/Text: donna.justice@usdoj.gov Dec 18 2012 22:52:19     United States Attorneys Office,
               PO Box 208,    Grand Rapids, MI 49501-0208
```

```
District/off: 0646-1          User: chamberk              Page 2 of 3              Date Rcvd: Dec 18, 2012
                              Form ID: NPD                Total Noticed: 35
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
                                                                                                          TOTAL: 23

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Capital One, N.A.,   Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
              Tucson, AZ 85712-1083
cr*          Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
6802741     ##+Synergetic Communication, Inc.,   For: Toyota Financial Services,   1301 E. 3rd Ave., Suite 200,
              Post Falls, ID 83854-7545
                                                                                       TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 20, 2012**                       **Signature:**   _Joseph Speetjens_

```
District/off: 0646-1          User: chamberk              Page 3 of 3                   Date Rcvd: Dec 18, 2012
                              Form ID: NPD                Total Noticed: 35
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2012 at the address(es) listed below:

        Gilbert B. Weisman    on behalf of Creditor   Toyota Motor Credit Corporation notices@becket-lee.com
        Patti H. Bass    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
        Steven L. Rayman    on behalf of Debtor  Dawn Thrasher courtmail@raymanstone.com
        Thomas C. Richardson    bankruptcy@lewisreedallen.com, mi36@ecfcbis.com

                                                                                                                      TOTAL: 4

**Form NPD** (05/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**Dawn E Thrasher**<br>8365 E. DE Avenue<br>Richland, MI 49083<br>SSN: xxx–xx–6195<br><br>**Debtor(s)** | **Case Number 12–07247–swd**<br><br>**Chapter 7**<br><br>**Honorable Scott W. Dales** |

## NOTICE OF POSSIBLE DIVIDEND TO CREDITORS

Notice of insufficient assets to pay creditors was given to creditors in the notice of the section 341 Meeting of Creditors. Creditors were asked not to file a proof of claim at that time. It now appears that there may be some monies available for the payment of a dividend to creditors. It is therefore requested that a notice be sent to all creditors setting a deadline for filing proofs of claim.

## NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM

All parties are hereby notified that it now appears that there may be sufficient monies in this estate for payment of a dividend to creditors. In order to share in this distribution, a creditor **must file a proof of claim** whether or not the creditor is included in the list of creditors filed by the debtor. Claims must be filed with the clerk of the bankruptcy court **within 90 days** of the date of service. Claims which are not filed within 90 days will not be allowed, except as otherwise provided by law. Governmental entities should review 11 U.S.C. 502(b)(9). A proof of claim form (Official Form B10) can be obtained at the United States Courts Website: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx or at any bankruptcy clerk's office. Please electronically file your proof of claim or mail to:

> U.S. Bankruptcy Court
>  One Division Ave., N.
> Room 200
> Grand Rapids, MI 49503

Creditors who have already filed claims do **not** need to file another claim unless they intend to amend the claim now on file. Please note that claims **must arrive** at the court within the 90 days indicated above. It is not sufficient that the envelope be postmarked within that time period, and the court will not accept filings by fax.

Date:
December 18, 2012

*Daniel M. McDermott*
United States Trustee

By: *Matthew T. Cronin*
Assistant U.S. Trustee
The Ledyard Building, 2nd Floor
125 Ottawa NW, Suite 200R
Grand Rapids, MI 49503